UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY COOK,

        Plaintiff,

v.

HOSPICE CARE OF SOUTHWEST
MICHIGAN INC.,

        Defendant.
_____/

Case No. 1:21-cv-377

Hon. Paul L. Maloney

### ORDER APPROVING FLSA SETTLEMENT

This matter came before the Court on the parties' joint motion to approve the terms of their settlement agreement. The Court, having reviewed the parties' written settlement agreement and otherwise being fully advised in the premises, will grant the parties' motion.

**THEREFORE, THE COURT ORDERS THAT:**

1. The terms of the settlement agreement reached in this case constitute a fair and reasonable compromise of a bona fide dispute under the Fair Labor Standards Act.

2. The parties will file their stipulation to dismiss by February 4, 2022.

Dated: January 26, 2022

/s/ Paul L. Maloney
Hon. Paul L. Maloney
United States District Judge