# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AMY COOK,

        Plaintiff,

v.

HOSPICE CARE OF SOUTHWEST MICHIGAN,

        Defendant.

Case No.  1:21-cv-377

HON. PAUL L. MALONEY

| Mark S. Wilkinson (P68765) | Rebecca L. Strauss (P64796) |
|---|---|
| PALADIN EMPLOYMENT LAW PLLC | MILLER JOHNSON |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| 5955 West Main Street | Radisson Plaza Hotel & Suites |
| Kalamazoo, MI 49009 | 100 West Michigan Avenue, Suite 200 |
| (269) 978-2474 | Kalamazoo, MI 49007 |
| mark@paladinemploymentlaw.com | (269) 226-2986 |
| | straussr@millerjohnson.com |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

      Plaintiff and Defendant, by their respective attorneys of record, hereby stipulate and agree that the above matter has been resolved between the parties and an Order may be entered dismissing the case with prejudice, with no costs being awarded to any party.


Dated: February 3, 2022        By:   */s/ Mark S. Wilkinson*

                                               Mark S. Wilkinson (P68765)
                                               PALADIN EMPLOYMENT LAW PLLC
                                               *Attorney for Plaintiff*
                                               5955 West Main Street
                                               Kalamazoo, MI 49009
                                               (269) 978-2474

Dated: February 3, 2022

By: */s/ Rebecca L. Strauss*
Rebecca L. Strauss (P64796)
MILLER JOHNSON
*Attorneys for Defendant*
Radisson Plaza Hotel & Suites
100 West Michigan Avenue, Suite 200
Kalamazoo, MI  49007
(269) 226-2986

2

MJ_DMS 34158509v1 3617-8